**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-02970-JJG-7 |
| Mark Aaron Grady<br>Adrienne Denise Grady<br>  *aka* Adrienne Trice<br>  *aka* Adrienne Wright | Chapter 7 |
| Debtor(s). | Judge Jeffrey J. Graham |

---

### NOTICE OF APPEARANCE

---

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S.

Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home

Point Financial Corporation, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Mark S Zuckerberg, Debtors' Counsel
filings@mszlaw.com

Thomas A. Krudy, Trustee
tkrudytrustee@gmail.com

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on May 2, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Mark Aaron Grady, Debtor
Adrienne Denise Grady, Debtor
5002 Greenside Dr
Indianapolis, IN 46235

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor
